PREET BHARARA
United States Attorney for the
Southern District of New York
Attorney for Defendant
By: JEFFREY K. POWELL
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone: (212) 637-2607
Fax: (212) 637-2686
Email: jeffrey.powell@usdoj.gov

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x

JOHN J. GENOVA,

        Plaintiff,

    - against -

INTERNAL REVENUE SERVICE,

        Defendant.

------------------------------------------------------------------- x

12 Civ. 5712 (RA)(JLC)

ECF Case

<u>ANSWER</u>

      Defendant the Internal Revenue Service (the "IRS"), by its attorney, Preet Bharara, United States Attorney for the Southern District of New York, answers the complaint of plaintiff John J. Genova ("Plaintiff") upon information and belief as follows:

    1.    Paragraph 1 of the complaint sets forth conclusions of law, to which no response is required.

    2.    The first sentence of paragraph 2 of the complaint sets forth conclusions of law, to which no response is required. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in the second sentence of paragraph 2 of the complaint.

3. Denies the allegations in paragraph 3 of the complaint, except avers that Plaintiff sent the IRS a letter, dated June 4, 2012, which requested a copy of the "Tax Litigation Guidebook."

4. Denies the allegations in paragraph 4 of the complaint, except avers that the IRS possesses the "Tax Litigation Guidebook" sought by the letter from Plaintiff to the IRS, dated June 4, 2012.

5. Paragraph 5 of the complaint contains Plaintiff's characterization of a letter from Plaintiff, dated June 4, 2012, and the IRS respectfully refers the Court to that letter for a complete and accurate description of its contents. *See* Complaint, Exhibit A.

6. Paragraph 6 of the complaint contains Plaintiff's characterization of a letter from the IRS, dated June 22, 2012, and the IRS respectfully refers the Court to that letter for a complete and accurate description of its contents. *See* Complaint, Exhibit B.

7. Paragraph 7 of the complaint contains Plaintiff's characterization of a letter from Plaintiff, dated June 25, 2012, and the IRS respectfully refers the Court to that letter for a complete and accurate description of its contents. *See* Complaint, Exhibit C.

8. Paragraph 8 of the complaint contains Plaintiff's characterization of a letter from the IRS, dated July 18, 2012, and the IRS respectfully refers the Court to that letter for a complete and accurate description of its contents. *See* Complaint, Exhibit D.

9. Paragraph 9 of the complaint sets forth conclusions of law, to which no response is required.

10. Denies the allegations in paragraph 10 of the complaint.

11. The last, unnumbered paragraph in the complaint contains Plaintiff's prayer for relief, to which no response is required.

FIRST DEFENSE

The complaint fails to state a claim on which relief can be granted.

SECOND DEFENSE

Some or all of the requested information is exempt from disclosure. *See* 5 U.S.C. § 552(b).

WHEREFORE, the IRS demands judgment dismissing the complaint and granting such other and further relief as this Court deems just and proper, including costs and disbursements.

Dated: New York, New York
       August 22, 2012

                    PREET BHARARA
                    United States Attorney for the
                    Southern District of New York
                    *Attorney for Defendant*

By:   /s/ Jeffrey K. Powell
       JEFFREY K. POWELL
       Assistant United States Attorney
       86 Chambers Street
       New York, New York 10007
       Telephone: (212) 637-2706
       Facsimile:  (212) 637-2686
       Email: jeffrey.powell@usdoj.gov

TO (via first class mail):

John J. Genova, *Pro Se*
799 Broadway, Suite 229A
New York, New York 10003